**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>      Plaintiff,<br><br>  v.<br><br>XILINX, INC.,<br><br>      Defendant. | C.A. No. 1:20-cv-01232-CFC<br><br>Patent Case<br><br>Jury Trial Demanded |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**

  IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be extended to November 9, 2020.

  The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint. The requested extension should not disrupt the schedule in this case, as a Rule 16 conference has not been scheduled in this matter.

Dated: October 9, 2020

OF COUNSEL:

Isaac Rabicoff
RABICOFF LAW LLC
5680 King Centre Dr., Suite 645
Alexandria, VA 22315
(773) 669-4590
isaac@rabilaw.com

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
Fax: (302) 353-4251
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*

    SO ORDERED this _____ day of _____, 2020.

_____
United States District Court Judge