# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>       Plaintiff,<br><br>   v.<br><br>**Xilinx, Inc.,**<br><br>       Defendant. | C.A. No. 20-1232-CFC |

## DEFENDANT XILINX, INC.'S PARTIAL MOTION TO DISMISS WSOU'S AMENDED COMPLAINT

Pursuant to FED. R. CIV. P. 12(b)(6), Defendant Xilinx, Inc. ("Xilinx") hereby moves for an Order, substantially similar to the proposed Order attached hereto, dismissing the claims in the Amended Complaint (D.I. 11) for induced and contributory infringement for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Xilinx's Opening Brief submitted herewith.

Dated:  December 7, 2020

OF COUNSEL:

Hilda C. Galvan
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
(214) 969-4556
hcgalvan@jonesday.com

David B. Cochran
JONES DAY
North Point 901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-7029
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY
77 West Wacker, Suite 3500
Chicago, Illinois 60601-1692
(312) 269-4003
twritchie@jonesday.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
bswadley@ycst.com

*Attorneys for Xilinx, Inc.*

2

## **CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, hereby certify that on December 7, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James M. Lennon, Esquire
>Devlin Law Firm LLC
>1526 Gilpin Avenue
>Wilmington, DE 19806
>*jlennon@devlinlawfirm.com*
>
>*Attorneys for Plaintiff*

I further certify that on December 7, 2020, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

>Isaac Rabicoff, Esquire
>Rabicoff Law Firm LLC
>5680 King Centre Drive, Suite 645
>Alexandria, VA 22315
>*isaac@rabilaw.com*
>
>*Attorneys for Plaintiff*

27308804.1

2

| | |
|---|---|
| Dated: December 7, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ *Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Beth A. Swadley (No. 6331)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>*agaza@ycst.com*<br>*rvrana@ycst.com*<br>*bswadley@ycst.com*<br><br>*Attorneys for Xilinx, Inc.* |

27308804.1