## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>XILINX, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 20-1232-CFC-JLH<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT'S ANSWER TO COUNTERCLAIMS

Plaintiff and Counter-Defendant WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") by and through its counsel of record, hereby submits its Answer in response to the allegations set forth in Defendant Xilinx, Inc.'s ("Xilinx") Counterclaims (D.I. 40) ("Counterclaims") as follows:

### GENERAL DENIAL

Unless specifically admitted below, WSOU denies each and every allegation in the Counterclaims.

### PARTIES

1.    WSOU admits the allegations of paragraph 1 on information and belief.

2.    WSOU states that it is a Delaware limited liability company, and admits that its principal place of business is located at 605 Austin Avenue, Suite 6,

Waco, Texas 76701.  Except as expressly admitted, WSOU denies the remaining allegations of paragraph 2.  Except as expressly admitted, WSOU denies the remaining allegations of paragraph 2.

## JURISDICTION

3.     WSOU admits that the Counterclaims purport to arise under the patent laws of the United States. Except as expressly admitted, WSOU denies the allegations of paragraph 3.

4.     WSOU admits that this Court has subject matter jurisdiction over the Counterclaims.  Except as expressly admitted, WSOU denies the allegations of paragraph 4.

5.     WSOU states that it is subject to personal jurisdiction in this Court. Except as expressly admitted, WSOU denies the remaining allegations of paragraph 5.

6.     WSOU admits that venue is proper in this District.  Except as expressly admitted, WSOU denies the remaining allegations of paragraph 6.

## COUNT ONE – DECLARATORY JUDGMENT OF NON-INFRINGEMENT

7.     WSOU restates and incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein.

8.      WSOU admits that an actual controversy exists between Xilinx and WSOU.  Except as expressly admitted, WSOU denies the remaining allegations of paragraph 8.

9.      WSOU denies the allegations of paragraph 9.

10.     WSOU denies the allegations of paragraph 10.

11.     WSOU denies the allegations of paragraph 11.

## COUNT TWO – DECLARATORY JUDGMENT OF INVALIDITY

12.     WSOU restates and incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein.

13.     WSOU admits that an actual controversy exists between Xilinx and WSOU.  Except as expressly admitted, WSOU denies the remaining allegations of paragraph 13.

14.     WSOU denies the allegations of paragraph 14.

15.     WSOU denies the allegations of paragraph 15.

## PRAYER FOR RELIEF

WSOU hereby incorporates by reference the foregoing paragraphs of this Answer as if fully set forth herein.  WSOU denies that Xilinx is entitled to the relief requested in paragraphs A-F of its Prayer for Relief and denies the allegations therein.

**<u>JURY DEMAND</u>**

WSOU demands a jury trial on all issues raised by Xilinx's Counterclaims.

Dated:  July 13, 2021

OF COUNSEL:

Jonathan K. Waldrop
Darcy L. Jones
Marcus A. Barber
ThucMinh Nguyen
John W. Downing
Heather S. Kim
Jack Shaw
KASOWITZ BENSON TORRES LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Shelley Ivan
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Paul G. Williams
KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, GA 30309

Respectfully submitted,

DEVLIN LAW FIRM LLC

By: */s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 13, 2021, via the Court's CM/ECF system.

*/s/ James M. Lennon*
James M. Lennon (No. 4570)