# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>     Plaintiff,<br><br> v.<br><br>XILINX, INC.,<br><br>     Defendant. | C.A. No. 1:20-cv-01228-CFC-JLH<br>C.A. No. 1:20-cv-01229-CFC-JLH<br>C.A. No. 1:20-cv-01231-CFC-JLH<br>C.A. No. 1:20-cv-01232-CFC-JLH<br>C.A. No. 1:20-cv-01233-CFC-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 11, 2021, copies of *Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's Rule 26(a)(1) Initial Disclosures* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
bswadley@ycst.com

Hilda C. Galvan
Christopher A. Buxton
JONES DAY (Dallas, TX)
hcgalvan@jonesday.com
cbuxton@jonesday.com

David B. Cochran
JONES DAY (Cleveland, OH)
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY (Chicago, IL)
twritchie@jonesday.com

|  |  |
|---|---|
|  | Stephanie M. Mishaga<br>JONES DAY (San Diego, CA)<br>smishaga@jonesday.com |
| Dated: August 12, 2021 | DEVLIN LAW FIRM LLC |
| OF COUNSEL: | */s James M. Lennon*<br>James M. Lennon (No. 4570)<br>1526 Gilpin Avenue |
| Jonathan K. Waldrop<br>Darcy L. Jones<br>Marcus A. Barber<br>ThucMinh Nguyen<br>John W. Downing<br>Heather S. Kim<br>Jack Shaw<br>KASOWITZ BENSON TORRES LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>(650) 453-5170 | Wilmington, DE 19806<br>(302) 449-9010<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiff*<br>*WSOU Investments LLC d/b/a*<br>*Brazos Licensing and Development* |
| Shelley Ivan<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700 |  |
| Paul G. Williams<br>KASOWITZ BENSON TORRES LLP<br>1230 Peachtree Street, NE, Suite 2445<br>Atlanta, GA 30309<br>(404) 260-6080 |  |